Engler *v.* Rice.

———<i>·•●•·</i>———

ENGLER, *vs.* RICE & OTHERS, Respondents, and BENOIST & ANOTHER, Appellants.

1. See *Kimball* v. *Donald,* ante.

### *Appeal from St. Louis Circuit Court.*

This was a petition in the nature of a bill of interpleader, filed by Engler, having in his possession, as factor of Stone & Walworth, a fund claimed by Benoist & Co. by virtue of a bill of exchange drawn in their favor, and by the other defendants as plaintiffs in attachment suits, in which they had summoned Engler as garnishee.

The facts found by the Circuit Court are substantially the same as those of the preceding case of *Kimball* v. *Donald,* except that in this case there was no verbal promise to pay.

The bill drawn in favor of Benoist & Co. appears from the finding to have been an ordinary bill of exchange. On the day after it was drawn, Stone & Walworth advised Engler of it by telegraph, and requested him to protect it.

Mr. *Whittelsey,* for Benoist & Co.

Mr. *Shepley,* for Rice and others.

LEONARD, Judge. This case is in all material respects similar to the case of *Kimball against Donald and others*, determined at the present term, and the result of that opinion is to affirm the present judgment. And the other judges concurring, it is accordingly affirmed.